UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAVIER BATISTA PEREZ,

*Petitioner*,

v. Case No. 3:26-cv-543-JEP-SJH

JAMISON M. VENTURELLA, et al.,

*Respondents*.
_____________________________________/

# **ORDER**

On May 22, 2026 at 12:01 p.m., the Court granted the second amended petition and directed Respondents, within seven days of the Court's Order, to either afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or release Petitioner. (Doc. 15). That same day, Petitioner filed a motion to enforce court orders, for sanctions, and for immediate relief, recognizing that Petitioner had been removed from the United States hours before the Court entered its Order. (Doc. 16; *see* Doc. 17-1 (showing Petitioner was "Released-Removed" on May 21, 2026, at 5:34 a.m.); *see also* Doc. 19-1). The motion fails to comply with the Court's Local Rules as it does not include a memorandum of law or a statement of conferral with Respondents. *See* Local Rule 3.01(a), (g). As such, the motion is due to be stricken.

Nevertheless, at the time the Court entered the May 22, 2026 Order, the Court was unaware that Petitioner had been removed. Because the second amended petition challenged Petitioner's detention and he was released from such detention prior to the entry of the Court's May 22, 2026 Order, it appears this action should have been dismissed as moot.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to enforce court orders, for sanctions, and for immediate relief (Doc. 16) is **STRICKEN** for failure to comply with the Court's Local Rules.
2. By **October 30, 2026**, Petitioner shall show cause why the Court's May 22, 2026 Order (Doc. 15) and resulting Judgment (Doc. 18) should not be vacated and the second amended petition dismissed as moot.

**DONE AND ORDERED** in Jacksonville, Florida, on October 19, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

c:
Counsel of Record